

COM.

v.

**DIGANGI, M.**

**3086 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–23–CR–0004369–2016, (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: L.C.L., a Minor**

**3516 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–51–AP–0000424–2016, CP–51–DP–0000998–2015 (Philadelphia)

Affirmed

**H.D.**

v.

**D.O.**

**3578 EDA 2016**

Superior Court of Pennsylvania.

05/19/2017

2016–005769 (Delaware)

Affirmed

**M.W. & A.W.**

v.

**H.W.**

**1741 MDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–44–CV–0000869–2012 (Mifflin)

Reversed/Remanded

COM.

v.

**FIELDS, R.**

**214 WDA 2016**

Superior Court of Pennsylvania.

05/19/2017

CP–02–CR–0006918–2012 (Allegheny)

Affirmed—Application to Withdraw as Counsel Granted